# First District Court of Appeal
## State of Florida

_____

No. 1D17-0560
_____

JOE LEWIS JENKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus – Original Jurisdiction.

January 30, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

MAKAR, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Anne C. Conley and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Respondent.